JENNIFER T. SANCHEZ (191548)
MARISA G. HUBER (254171)
MICHELLE L. TOMMEY (196166)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:   jsanchez@gibsonrobb.com
         mhuber@gibsonrobb.com
         mtommey@gibsonrobb.com

Attorneys for Defendants/Counter-Claimant
CHRISTOPHER WOLLEN and
*S/Y PURSUIT*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOATWORKS, INC., dba SVENDSEN'S BAY MARINE,<br><br>Plaintiff,<br><br>v.<br><br>*S/Y PURSUIT*, her sails, tackle, appurtenances, etc., *in rem*; and CHRISTOPHER WOLLEN, *in personam*,<br><br>Defendants. | Case No. 3:20-cv-05399-WHO (DMR) and Related Case No. 20-cv-05958-JD<br><br>**IN ADMIRALTY**<br><br>**STIPULATED CONDITIONAL DISMISSAL AND ORDER** |
| CHRISTOPHER WOLLEN,<br><br>Counter-Claimant,<br><br>v.<br><br>BAY MARINE BOATWORKS, INC., dba SVENDSEN'S BAY MARINE,<br><br>Counter-Defendant. | |

1 | WHEREAS, Plaintiff and Counter-Defendant Bay Marine Boatworks, Inc. dba Svendsen's Bay Marine ("Svendsen's") and Defendant and Counter-Claimant Christopher Wollen ("Wollen") have reached a settlement that provides for dismissal of this entire action and the related case with prejudice conditioned on the Court issuing an order not only retaining jurisdiction to enforce the terms of the settlement but vacating its prior order providing for the arrest and appointment of a substitute custodian for the vessel *S/Y PURSUIT* (the "Arrest").

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The order of Arrest of the S/Y PURSUIT be vacated;

2. Subject to the Court's entry of an order retaining jurisdiction through June 18, 2021, to enforce the terms of the Parties' Settlement Agreement, pursuant to F.R.C.P 41(a)(2), the Parties dismiss their Complaint and Counter-Claim in this Action with prejudice and Wollen dismisses his Complaint in the related action with prejudice, with each party bearing their own attorney's fees and costs.

Dated: February 16, 2021         GIBSON ROBB & LINDH LLP

/s/ JENNIFER TOMLIN SANCHEZ
Jennifer Tomlin Sanchez
jsanchez@gibsonrobb.com
Attorneys for Defendants/Counter-Claimant
CHRISTOPHER WOLLEN and
*S/Y PURSUIT*

Dated: February 16, 2021         KENNEDYS CMK LLP

/s/ JONATHAN W. THAMES
Jonathan W. Thames
Jonathan.Thames@kennedyslaw.com
Attorneys for Plaintiff/Counter-Defendant
Bay Marine Boatworks, Inc. dba Svendsen's Bay Marine

## ORDER

For the reasons stated above in the Parties' Stipulated Conditional Dismissal, the Court finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure. **IT IS HEREBY ORDERED**:

1. With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement through June 18, 2021;

2. The order of Arrest of the vessel S/Y PURSUIT and the appointment of a substitute custodian, docket number 6, is vacated;

3. Except as provided for in Paragraph 1, the case captioned *Bay Marine Boatworks, Inc. dba Svendsen's Bay Marine v.  S/Y/ PURSUIT, her sails, tackle, appurtenances, etc. in rem and Christopher Wollen, in personam,* case no. 3:20-cv-05399-WHO (DMR) and the related case captioned *Christopher Wollen v. Bay Marine Boatworks, Inc. dba Svendsen's Bay Marine,* case no. 3:20-cv-05958-JD, are hereby dismissed with prejudice.

Dated: February 17, 2021

_____
Hon. William H. Orrick
United States District Court